(53 Misc. Rep. 109.)

### KEMPNER et al. v. BAUER et al.

(Supreme Court, Special Term, New York County. February, 1907.)

BANKRUPTCY—ADJUDICATION—TITLE TO PROPERTY.

An adjudication in bankruptcy and appointment of trustee devests the bankrupt of all title to his property, and the trustee's discharge does not restore title to him or his heirs.

Action by Irving J. Kempner and others against Cacalie Bauer and others for partition. Judgment for sale.

Kurzman & Frankenheimer, for plaintiffs.
Carrington G. Arnold, for defendant Nash.

O'GORMAN, J. It is clear that the interest of the bankrupt in the realty in question belongs in equity to the creditors. By the adjudication in bankruptcy and the appointment of the trustee the bankrupt was devested of all title to his property (Rand v. Iowa Central R. Co., 186 N. Y. 58, 78 N. E. 574), and nothing has occurred by which the title has been restored to the bankrupt or his heirs. The discharge of the trustee should not preclude an application to open the discharge and reinstate the original trustee or appoint a successor.

Let the interlocutory judgment provide that one-third of the net proceeds be deposited in .the office of the chamberlain of the city of New York, subject to the further order of the court. After the sale

and the ascertainment of the amount distributable, the trustee in bank-- ruptcy may make such application as he may be advised in the premises.

Ordered accordingly.